United States District Court
Southern District of Texas
**ENTERED**
October 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ASENANAZ AKBABA,<br>"Petitioner," | § | |
| v. | § | Civil Action No. 1:26-cv-00572 |
| MARKWAYNE MULLIN, *et al.*,<br>*in their official capacities,*<br>"Respondents." | § | |

**ORDER**

Before the Court is Petitioner's "Verified Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") and Petitioner's "Petitioner's Emergency Motion for Temporary Restraining Order to Preserve Habeas Jurisdiction and Prevent Transfer or Removal without Notice" (Dkt. No. 2) ("MTRO"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition and MTRO **on or before October 14, 2026.**

The Clerk of the Court is **DIRECTED** to deliver copies of the Petition (Dkt. No. 1), the MTRO (Dkt. No. 2), and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

SIGNED this October 8, 2026

Rolando Olvera
United States District Judge